UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,                                    Criminal Action: 1:05-cr-254-03

v.                                               Honorable Paul D. Borman

ARTHUR TRINIDAD OWENS,

      Defendant.
_____/

## ORDER

Defendant Arthur Trindad Owens having filed with this Court a Motion to Extend Time Within Which to File Motions and the Court having reviewed same,

**IT IS HEREBY ORDERED** that Defendant's Motion to Extend Time Within Which to File Motions (Dkt. #151) is **GRANTED in part and DENIED in part** to the extent that Defendant Owens shall file any pretrial motions on or before Monday, March 13, 2006.

                                                                     s/Paul D. Borman
                                                                     PAUL D. BORMAN
                                                                     UNITED STATES DISTRICT JUDGE

DATED: February 27, 2006