UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

ARTHUR TRINIDAD OWENS,

        Defendant.

_____/

Case No. 1:05-cr-254-03

Hon. Paul D. Borman

**ORDER**

Defendant has filed with this Court a request to adjourn the sentencing proceedings currently set for June 14, 2006, and the Court having reviewed same,

     **IT IS HEREBY ORDERED** that the Motion to Adjourn Sentencing (Docket No. 199) be and the same is hereby **GRANTED**.

     **IT IS FURTHER ORDERED** that sentencing is rescheduled to June 29, 2006 at 4:00 p.m., 410 West Michigan Avenue, Kalamazoo, Michigan.

Dated:  May 23, 2006

                       s/Paul D. Borman
                       Paul D. Borman
                       United States District Judge